No. 611. CURATORS OF THE CENTRAL COLLEGE *v.* ROSE, COLLECTOR OF REVENUE. December 4, 1944. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Chicago & Alton R. Co.* v. *Tranbarger,* 238 U. S. 67, 76; *Phelps* v. *Board of Education,* 300 U. S. 319, 322–23; *Keefe* v. *Clark,* 322 U. S. 393, 396. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case. *Mr. Elliott H. Jones* for appellant.

No. —. EX PARTE JAMES PRESTON BRATCHER;
No. —. EX PARTE WILLIE MAY MAXSON MCKEE;
No. —. LYNN *v.* ULIO, ADJUTANT GENERAL. December 4, 1944. The motions for leave to file petitions for writs of habeas corpus are denied.

No. —. WILSON *v.* UNITED STATES DISTRICT COURT FOR NORTHERN TEXAS. December 4, 1944. The motion for leave to file petition for writ of mandamus is denied.

No. —. LATIMER *v.* WEBB, SUPERINTENDENT. December 4, 1944. Motion for leave to file petition for writ of habeas corpus and motion for writ of certiorari denied.

No. —. EX PARTE DAISY D. WILSON. December 4, 1944. Application denied.